# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
       **Plaintiff**

**v.**                                                    Case Number 4:00CR3106

                                                         USM Number 16783-047

**TROY L. CRAMER**
       **Defendant**

                                                         Frank Miner

                                                         Defendant's Attorney

_____

# JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation of allegation Nos. 1 and 2 of the Petition for Warrant or Summons for Offender Under Supervision (filing 65).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Allegation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 (Standard Condition #1) | The defendant shall not commit another federal, state, or local crime | Oct. 13, 2004 |
| 2 (Additional Condition #2) | Paragraph 8 of the standard conditions of supervision is modified, i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase or possess, use distribute, or administer any alcohol, just the same as any other narcotic or controlled substance. | Oct. 13, 2004 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Defendant: TROY L. CRAMER  Page 2 of 4
Case Number: 4:00CR3106

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
August 16, 2005

s/ Warren K. Urbom
United States Senior District Judge

August 16, 2005

Defendant: TROY L. CRAMER  
Case Number: 4:00CR3106

Page 3 of 4

## IMPRISONMENT

**It is ordered** that the defendant's supervised release is REVOKED. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months with no Supervised Release to follow**.

The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant participate in the 500-hour Comprehensive Drug Treatment Program or any similar drug treatment program available.

2. The defendant requests to be incarcerated **as close to the state of Nebraska as possible,** and the Court has no objection to that request.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal **by 2:00 p.m. on August 30, 2005**, or directly to the U.S. Marshal, Lincoln, NE, if not notified otherwise by them.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____  
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____  
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt , above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____

UNITED STATES WARDEN

By:_____

Defendant: TROY L. CRAMER  
Case Number: 4:00CR3106  
Page 4 of 4

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 (paid in full) | | |

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) costs of prosecution; (5) interest; (6) penalties.

Payment of the total fine and criminal monetary penalties shall be due as follows:

**In full and due immediately (Paid in full; $100.00 received 9/23/02, Receipt L403753).**

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, P.O. Box 83468, Lincoln, NE 68501.

**Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. § 3664(f)(3)(A):**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. In the event the entire amount of monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a

document which was electronically filed with the

United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk